IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HARRY SEEBOLD,<br><br>    Plaintiff,<br><br>vs.<br><br>IMPROVED DATA SERVICES, LLC,<br><br>    Defendant. | 8:20-CV-368<br><br>**JUDGMENT** |

  This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice. Filing 14. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, each party to bear its own fees and costs.

  Dated this 5th day of February, 2021.

                    BY THE COURT:

                    _____
                    Brian C. Buescher
                    United States District Judge